AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
IN CLERK'S OFFICE

2004 MAR -9  P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECTV, Inc.

V.

Kevin Williamson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-40008 

TO: (Name and address of Defendant)

Kevin Williamson
19 Wilson Ave-stiles
Spencer, MA 01562-2847

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

1-22-04

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

03/02/2004

I hereby certify and return that on 03/01/2004 at 12:10pm I served a true and attested copy of the Summons and Complaint for Compensatory, Statutory and Other Damages, and for Injunctive Relief, Civil Cover Sheet, Corporate Disclosure, Attachment in this action in the following manner: To wit, by delivering in hand to KEVIN WILLIANSON at 19 WILSON AVE, SPENCER, MA. Fees: Service 20.00, Travel 22.46, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.96

Deputy Sheriff Robert J Zoppo

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
              Date                    Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.