UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (CENTRAL DIVISION)

| | |
|---|---|
| **DIRECTV, Inc.** | ) CIVIL ACTION NO. 04-40008-NMG |
| Plaintiff, | ) |
| vs. | ) **ASSENTED TO MOTION TO EXTEND** |
| **Kevin Williamson** | ) **FOR RESPONSIVE PLEADING** |
| Defendant | ) |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order granting a 60-day extension from the date of the courts order for the filing of responsive pleading. As grounds for this motion Plaintiff's Counsel, Attorney John M. McLaughlin and Counsel for the Defendant are in negotiations. It is possible that during the 60-day period the parties may resolve this matter and this extension would save the parties considerable attorneys fees.

As further grounds, please see the affidavit of Attorney John M. McLaughlin.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Page 1

Wherefore, the Plaintiff moves this court for a 60-day extension to file a responsive pleading.

> Respectfully submitted for the Plaintiff,
> DIRECTV, Inc.
> By Its Attorney,
>
> John M. McLaughlin (BBO 556328)
> **MCLAUGHLIN SACKS, LLC**
> 31 Trumbull Road
> Northampton, MA 01060
> (413) 586-0865

8/27/04
Date

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 27th day of August 2004, I served a copy of the foregoing Motion for Extension and the Affidavit of John M. McLaughlin in support via first-class mailing to:

Kevin Williamson
19 Wilson Avenue
Spencer, MA 01562-2847

Attorney Kenneth D. Quat
9 Damonmill Square
Suite 4A-4
Concord, MA 01742

_____
John M. McLaughlin