UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| DIRECTV, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>Kevin Williamson<br><br>    Defendant | ) CIVIL ACTION NO. 04-40008-NMG<br>)<br>)<br>)<br>) AFFIDAVIT OF JOHN M.<br>) MCLAUGHLIN IN SUPPORT OF<br>) PLAINTIFF'S ASSENTED TO MOTION<br>) TO EXTEND FOR RESPONSIVE<br>) PLEADING<br>) |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action;

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I am presently in negotiations with the Defendant's Counsel;

4. An additional 60 days may allow the parties to resolve this matter;

5. This extension would save the parties considerable attorneys fees;

6. I spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this ___ day of August 2004.

_____
John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328