## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| **DIRECTV, Inc.** | )   **Case No.:  04-40008FDS** |
| | ) |
| **Plaintiff,** | ) |
| | )   **SUBSTITUTE APPEARANCE** |
| **vs.** | ) |
| | ) |
| **Kevin Williamson** | ) |
| | ) |
| | ) |
| _____ | ) |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for DIRECTV, Inc.
By Its Attorney,

9/9/04
_____
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street, Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the __9__ day of _Sept_____, 2004, a copy of the foregoing was sent via first class mail to:


Kenneth D Quat
9 Damonmill Square, Suite 4A-4
Concord, MA  01742


_____
John M. McLaughlin, Esq.