**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.**   ) | Case No.: **04-40008-FDS** |
| )  | |
| Plaintiff,   ) | |
| )  | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.   ) | **WITHOUT PREJUDICE** |
| )  | |
| **Kevin Williamson**   ) | |
| )  | |
| Defendant   ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

                                        Respectfully Submitted for the Plaintiff,
                                        DIRECTV, Inc.
                                        By Its Attorney,

| | |
|---|---|
|    11/1/04 |    /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone:  (413) 586-0865 |
| | BBO No. 556328 |

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 1st day of November 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Kenneth D Quat
9 Damonmill Square Suite 4A-4
Concord, MA  01742

                                                                             ____/s/ John M. McLaughlin_____
                                                                             John M. McLaughlin, Esq.